UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Case No: 6:25-cr-204-CEM-DCI

**ZACHARY SOMERS HISCOCK,
TIMOTHY SLATER, NIKHIL PATEL,
GANGADHAR BATHULA and ARIF
HASAN SAYED**

AUSA: Diane Hu for Noah Dorman

Defense Attorneys: David Little, Retained (for Hiscock)
Brian Phillips, Retained (for Slater)
Mark O'Brien, Retained (for Patel)
Fritz Scheller, Retained (for Bathula)
Yisel Villar, Retained (for Sayed)

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **December 11, 2025** 9:43 A.M. – 9:46 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 3 Minutes | | |

**CLERK'S MINUTES
TELEPHONE STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendants' Joint Ore Tenus Motion to Continue Trial and Defendant Hiscock's Motion to Continue Trial (Doc. 86) is **GRANTED,** with no objection from the Government.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant

in a speedy trial. The Court, therefore, determines that the time from today 12/11/2025 until and including 4/30/2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for March 17, 2026 at 9:30 AM.

Jury Trial set for April 2026 trial term.

Court is adjourned.